**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JUNJIE PENG,** <br><br> Plaintiff, <br><br> v. <br><br> **THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"** <br><br> Defendants. | **Civil Action No. 1:23-cv-06846** <br><br> **Judge: Honorable Elaine E. Bucklo** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Junjie Peng ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Defendant Name |
|---|---|
| 7 | Ingenious Care |
| **No.** | **Online Marketplaces/Store ID** |
| 7 | A1EWNRVZ5O9BYH |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

DATED November 21, 2023.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Tong Jin*
　　　　　　　　　　　　　　　　　　　　　　David R. Bennett
　　　　　　　　　　　　　　　　　　　　　　**DIRECTION IP LAW**
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 14184
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60614
　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 291-1667

dbennett@directionip.com

Of Counsel:
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore
Texas Bar No. 24076573
smoore@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 21, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                        */s/ Tong Jin*
                        Tong Jin